IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 17-cv-02116-CMA-MEH

ROGER PEARSON, on behalf of himself and all others similarly situated, and,
LONNIE MCRAE, on behalf of herself and all others similar situated,

    Plaintiffs,

v.

GEICO CASUALTY COMPANY,

    Defendant.

---

## FINAL JUDGMENT

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Issuing Summary Judgment in Favor of Defendant (Doc. # 93) entered by the Honorable Christine M. Arguello on July 30, 2019, and incorporated herein by reference as if fully set forth, it is

    ORDERED that the Court ISSUES summary judgment in favor of Defendant. It is

    FURTHER ORDERED that Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Counsel (Doc. # 63) is DENIED AS MOOT. It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant GEICO Casualty Company and against Plaintiffs Roger Pearson and Lonnie McRae. It is

FURTHER ORDERED that Defendant GEICO Casualty Company shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 58(a) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that Plaintiffs' Complaint and this civil action are DISMISSED with prejudice.

DATED:  July 30, 2019.

                                          FOR THE COURT:

                                          JEFFREY P. COLWELL, CLERK

                                          s/ S. West
                                              S. West, Deputy Clerk